O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ROJAS,<br><br>         Plaintiff,<br><br>   vs.<br><br>L.A. COUNTY SHERIFF CUSTODY ASSISTANT "OFFICER BY-BEE,"<br><br>         Defendant. | CASE NO. CV 13-04113 JFW (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: April 7, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE